# EXHIBIT A



# EXHIBIT B

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** JIC-69

**Content Title:** SND1604_6

SND1604_13B

SND1604_17

SND1604_18

SND1604_19

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 13, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** JITRADE INC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** JITRADE INC
3450 Wilshire Ave. Suite 406, Los angeles, CA, 90010, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** JITRADE

# EXHIBIT C

SURIST | NEW VENDORS | TODAY'S DEAL | SPECIAL | BEST OF BEST |

All

Welcome, SUN HA! 0 0 Order(s)

VENDORS NEW ARRIVALS WOMEN SHOES ACCESSORIES HANDBAGS MEN KIDS MORE Select Vendor ▼

Home > Shop by Vendor Category > Miss California > C3099--

Member Since Mar 13, 2017 | Update Apr 20, 2017

Favorite Styles 3
Favorite Stores 0
Viewed Items 2410

MISS CALIFORNIA

0.00 | 0 reviews Min Order: $75.00 | Min Qty: 6
**Contact** Alison Chi Tel: 1(213)493-45…

Merged Shipping Show Map

FREE GROUND SHIPPING ON ORDERS OVER $200 View Details

VENDOR CATEGORY

| | |
|---|---|
| All | (528) |
| Dresses | (300) |
| Tops | (1) |
| Jumpsuits | (133) |
| Sets | (70) |
| Pants | (17) |
| Pre-Order | (7) |

MORE PRODUCTS

## C3099--

Floral fringe dress with crossed back

Made in USA
Label Labeled
Stock Arrives Soon

$13.75

Have Questions?

Purchase | Order Notice

| COLOR | S | M | L | PACK | QTY | AMT |
|---|---|---|---|---|---|---|
| BLACK/RED | 2 | 2 | 2 | | 0 | $0.00 |
| **TOTAL** | | | | | **0** | **$0.00** |

ADD TO SHOPPING BAG

Ready to check out?
CHECK OUT

## Free Shipping

on purchase of $200.00 or more

Free Ground Shipping on orders over $200. Only valid within the continent of United States except state of Alaska and Hawaii. more

CALL 1.213.745.2667 | HOUR 8:30AM-5:00PM (MON-FRI) | EMAIL info@fashiongo.net

SUBSCRIBE NOW!
Sign up for the latest style tips, news and exclusive promotional offers

Subscribe

Stay Connected

CUSTOMER SERVICE
- Be a Buyer
- Be a Vendor
- Merged Shipping
- Return & Exchange
- Shipping Method & Charges
- FAQ

COMPANY
- About Us
- Contact Us
- Terms of Use
- Privacy Policy
- Comments
- Show Info

MY ACCOUNT
- Register
- My Information
- Order History
- My Favorites
- Vendor Rating

FashionGo.net® provides retailers access to a vast array of wholesale fashion merchandise at their fingertips 24 hours a day, 7 days a week, with just the click of a mouse. With a membership that is free to buyers, FashionGo.net® retailers around the world can efficiently shop, compare, and purchase from a host of vendors at the best prices. FashionGo.net® provides manufacturers and wholesalers a simple, cost effective way to increase sales and expand their businesses on a global e-commerce platform. Businesses based on e-commerce are growing at a rate 7 to 8 times faster than traditional B2B businesses. By becoming a member of FashionGo.net®, manufacturers and wholesalers are able to reach a global customer base with which to augment sales and expand their market without limits.

© 2002-2017 FASHIONGO.NET ALL RIGHTS RESERVED

SURIST | NEW VENDORS | TODAY'S DEAL | SPECIAL | BEST OF BEST |

All

Welcome, SUN HA! 0

0 Order(s)

VENDORS NEW ARRIVALS WOMEN SHOES ACCESSORIES HANDBAGS MEN KIDS MORE Select Vendor ▼

Home > Shop by Category > Women > Dresses > Fashion Dresses > C3097-

Member Since Mar 13, 2017 | Update Apr 20, 2017

Favorite Styles 3
Favorite Stores 0
Viewed Items 2410

MISS CALIFORNIA

0.00 | 0 reviews **Min Order:** $75.00 | **Min Qty:** 6

**Contact** Alison Chi Tel: 1(213)493-45...

Merged Shipping Show Map

VENDOR CATEGORY

| | |
|---|---|
| All | (528) |
| Dresses | (300) |
| Tops | (1) |
| Jumpsuits | (133) |
| Sets | (70) |
| Pants | (17) |
| Pre-Order | (7) |

MORE PRODUCTS

FREE GROUND SHIPPING ON ORDERS OVER $200 View Details

## C3097-

Floral off shoulder dress with ruffles

| | |
|---|---|
| Fabric | SCUBA |
| Made in | USA |
| Label | Labeled |
| Stock | In Stock |

$14.75

Have Questions?

Purchase | Order Notice

| COLOR | S | M | L | PACK | QTY | AMT |
|---|---|---|---|---|---|---|
| BLACK/RED | 2 | 2 | 2 | | 0 | $0.00 |
| **TOTAL** | | | | | **0** | **$0.00** |

ADD TO SHOPPING BAG

Ready to check out?
CHECK OUT

SURIST

ATTRACT MORE CUSTOMERS TO YOUR STORE

$0 NO COST

LEARN MORE

POWERED BY FASHION&.net

## Free Shipping

on purchase of $200.00 or more

Free Ground Shipping on orders over $200. Only valid within the continent of United States except state of Alaska and Hawaii. more

CALL 1.213.745.2667 | HOUR 8:30AM-5:00PM (MON-FRI) | EMAIL info@fashiongo.net

SUBSCRIBE NOW!
Sign up for the latest style tips, news and exclusive promotional offers

Subscribe

Stay Connected

CUSTOMER SERVICE
- Be a Buyer
- Be a Vendor
- Merged Shipping
- Return & Exchange
- Shipping Method & Charges
- FAQ

COMPANY
- About Us
- Contact Us
- Terms of Use
- Privacy Policy
- Comments
- Show Info

MY ACCOUNT
- Register
- My Information
- Order History
- My Favorites
- Vendor Rating

FashionGo.net® provides retailers access to a vast array of wholesale fashion merchandise at their fingertips 24 hours a day, 7 days a week, with just the click of a mouse. With a membership that is free to buyers, FashionGo.net® retailers around the world can efficiently shop, compare, and purchase from a host of vendors at the best prices. FashionGo.net® provides manufacturers and wholesalers a simple, cost effective way to increase sales and expand their businesses on a global e-commerce platform. Businesses based on e-commerce are growing at a rate 7 to 8 times faster than traditional B2B businesses. By becoming a member of FashionGo.net®, manufacturers and wholesalers are able to reach a global customer base with which to augment sales and expand their market without limits.

© 2002-2017 FASHIONGO.NET ALL RIGHTS RESERVED



